

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-17-00234-CV

---

**IN THE INTEREST OF L.C.R., L.R.R., AND L.M.R., CHILDREN**

---

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2017-525,016, Honorable Meg Jordan, Presiding

---

July 27, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Michael Aaron Reyna filed a notice of appeal from a child support review order, but did not pay the filing fee or file a statement of inability to afford payment of court costs. *See* TEX. R. APP. P. 5, 20.1(c). By letter of July 6, 2017, we notified Mr. Reyna that the filing fee had not been paid, and further notified him that the appeal would be subject to dismissal if he failed to pay the fee, or comply with Appellate Rule 20.1, by July 17. *See* TEX. R. APP. P. 20.1, 42.3(c).

Mr. Reyna has not paid the filing fee or filed any response to our July 6 letter. The rules that govern this Court's handling of appeals in civil cases require that a party who is not excused by law from paying costs must pay the required fees. *See* TEX. R.

APP. P. 5. Accordingly, the appeal is dismissed because of Mr. Reyna's failure to comply with a requirement of the Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

Per Curiam